Rep. Kay Granger, Chairwoman of the House Appropriations Committee. (Or her successor on said committee.)

Rep. Betty McCollum, Chairwoman of the House Appropriations Committee, Subcommittee on Defense. (Or her successor on said committee.)

Rep. Ken Calvert, Ranking Member of the House Appropriations Committee, Subcommittee on Defense. (Or his successor on said committee.)

Plaintiff further asks that defendants Pitt, Avita Medical, and RenovaCare be enjoined to contact, in writing, Kimberly Hoarle, CEO of the American Burn Association and inform her of SOS's true origins and plaintiff's role in making it possible.

Plaintiff further asks that defendants Pitt, Avita Medical, and RenovaCare be enjoined to contact, in writing, Elizabeth Usher, CEO of the American Academy of Dermatology and inform her of SOS's true origins and plaintiff's role in making it possible.

And finally, plaintiff asks that defendants Pitt, Avita Medical, and RenovaCare be enjoined to contact, in writing, the CEO or Executive Director of the following charities and inform them of SOS's true origins and plaintiff's role in making it possible: The Phoenix Society for Burn Survivors, in Grand Rapids, MI; the Alisa Ann Ruch Burn Foundation, in Pasadena, CA; and the Burn Foundation of America, in Augusta, GA.

*Kevin Rogers* (signature)